# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

**-vs-**                                                                            **Case No. 3:15-CR-17**

**BRIAN SILER,**

          **Defendant.**

---

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

Pursuant to the record set forth in open Court on September 11, 2017, the Defendant appeared with Counsel and entered his admission to the violation of supervised release as alleged by the U.S. Probation Department. The Court found the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served. No term of supervised release to follow.

The Court makes the following recommendations to the Bureau of Prisons, that the Defendant be accorded all allowable presentence credit for time spent incarcerated.

The Defendant was explained his rights of appeal and he indicated an understanding of same.

The Defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

*s/Thomas M. Rose*

Date: September 11, 2017

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT